**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-6273**

———————————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

ROBERT JAMES GRAVES,

                Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Danville. Norman K. Moon, Senior District Judge. (4:99-cr-70049-NKM-1)

———————————

Submitted: July 20, 2012         Decided: August 1, 2012

———————————

Before GREGORY, DAVIS, and DIAZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Robert James Graves, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert James Graves appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we grant Graves leave to proceed on appeal in forma pauperis and affirm for the reasons stated by the district court. United States v. Graves, No. 4:99-cr-70049-NKM-1 (W.D. Va. Jan. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED